

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00562-CV

**IN THE INTEREST OF T.B.**, G.H., and E.W.

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00127
Honorable Charles E. Montemayor, Associate Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed:  October 10, 2018

DISMISSED

Appellant Father A.H. has filed a motion to dismiss his appeal, stating that he no longer desires to appeal the trial court's order terminating his parental rights. We grant the motion and dismiss his appeal. The appeal of Appellant Mother E.O. remains pending in this Court.

PER CURIAM